UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D.C., ET Al., | § § | |
| Plaintiffs. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19–CV–00021 |
| KLEIN INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate's Memorandum and Recommendation With Modifications, it is **ORDERED** that this matter is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Galveston, Texas on this 29th day of May, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE