United States District Court
Southern District of Texas
**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D.C., *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-00021 |
| | § | |
| KLEIN INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On July 19, 2021, two motions for attorneys' fees filed by the Plaintiffs were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 102 (referring dockets 54 and 98). Judge Edison filed a Memorandum and Recommendation on August 12, 2021, recommending that both of those motions be **GRANTED**. *See* Dkt. 108.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Edison's Memorandum and Recommendation (Dkt. 108) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiffs' first application for attorneys' fees (Dkt. 54) is **GRANTED**;

(3)     Plaintiffs' Second Motion for Attorneys' Fees (For Successful Defense at Fifth Circuit Court of Appeals) (Dkt. 98) is **GRANTED**; and

(4)     Defendant is **ORDERED** to pay:

- $76,401.90 in attorney's fees and $576.20 in costs to Connell Michael Kerr, LLP for reasonable attorney's fees and expenses incurred in proceedings before the district court;

- $20,252.50 in attorney's fees and $472.84 in costs to Philpot Law Office, PLLC for reasonable attorney's fees and expenses incurred in proceedings before the district court;

- $40,189.20 to Connell Michael Kerr, LLP for reasonable attorney's fees incurred in proceedings before the Fifth Circuit; and

- $8,962.50 to Philpot Law Office, PLLC for reasonable attorney's fees incurred in proceedings before the Fifth Circuit.

It is so **ORDERED**.

SIGNED at Houston, Texas, this 31st day of August, 2021.

George C. Hanks Jr

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2